# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Lawrence Smith

                        Plaintiff,

v.                                                               Case No.: 1:22–cv–06054

                                                                        Honorable Martha M. Pacold

Argus Group Holdings, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 20, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: The parties informed the court that they have reached a settlement in principle but have not yet finalized the settlement paperwork. By 8/15/2024, the parties should submit a status report updating the court on the status of settlement, unless a stipulation of dismissal is filed before that date. Defendants' motion to dismiss, [17], plaintiff's motion for preliminary injunction, [77], and the briefing schedule and hearing on the motion for preliminary injunction (set in [81] are stricken ]without prejudice to refiling / rescheduling if the settlement is not finalized. Telephone status hearing set for 7/18/2024 is stricken. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.