UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Lawrence Smith
          Plaintiff,

v.                                                                 Case No.: 1:22–cv–06054
                                                                Honorable Martha M. Pacold

Argus Group Holdings, LLC, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 18, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the Stipulation of Dismissal [90], this case is hereby dismissed with prejudice, and each party will bear its own fees and costs. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.